# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : The Honorable Jose L. Linares |
| v. | : |
| | : Criminal No. 14-388 (JLL) |
| CHARLES A. GIUSTRA, | : |
| | : SEALING ORDER |
| | : |

This matter having been opened to the Court on the application of the defendant Charles A. Giustra (Thomas R. Ashley, Esq., appearing), and good cause having been shown, the Court finds that the safety of the defendant Charles A. Giustra would be compromised if the transcript of the sentencing proceeding held on March 4, 2015, were to be made public;

IT IS, therefore, on this 4TH day of March 4, 2015,

ORDERED that the transcript of the sentencing proceeding held on March 4, 2015, is sealed until further Order of the Court

_____
THE HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT COURT